THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

KELLY RAU,

        Plaintiff,

V.

ALLSTATE FIRE AND CASUALTY
INSURANCE CO.,

        Defendant.

3:16-cv-359
(JUDGE MARIANI)

FILED
SCRANTON

APR 11 2017

PER _____ DEPUTY CLERK

## ORDER

AND NOW, THIS 11th DAY OF APRIL, 2017, upon consideration of the parties' Joint Motion for Extension of Deadlines, (Doc. 16), **IT IS HEREBY ORDERED THAT** the Motion is **GRANTED**. The case management deadlines are extended as follows:

1. All fact discovery shall be commenced in time to be completed by **June 30, 2017**.

2. All potentially dispositive motions shall be filed no later than **September 29, 2017**. If filing a motion for summary judgment, counsel shall provide the Court with a courtesy copy of that motion, supporting brief, and all accompanying exhibits. Counsel for the non-moving party shall also provide a courtesy copy of the brief in opposition to the motion for summary judgment and all accompanying exhibits.

3. Reports from Plaintiff's experts shall be due by **July 28, 2017**.

4. Reports from Defendant's experts shall be due by **August 28, 2017**.

5. Supplementations shall be due by **September 11, 2017**.

6. All expert discovery shall be commenced in time to be completed by **September 29, 2017**.

_____
Robert D. Mariani
United States District Judge