THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

KELLY A. RAU,

    Plaintiff,

v.

ALLSTATE FIRE AND CASUALTY
INSURANCE COMPANY,

    Defendant.

3:16-CV-0359
(JUDGE MARIANI)

## ORDER

AND NOW, THIS 6th DAY OF DECEMBER, 2018, upon consideration of Defendant Allstate Fire and Casualty Insurance Company's Motion for Summary Judgment (Doc. 31) and Defendant's Motion to Strike Plaintiff's Counterstatement of Facts (Doc. 46), for the reasons set forth in the accompanying memorandum opinion, **IT IS HEREBY ORDERED THAT**:

1. Defendant's Motion to Strike Plaintiff's Counterstatement of Facts (Doc. 46) is **DENIED**.

2. Defendant's Motion for Summary Judgment (Doc. 31) is **GRANTED**. Judgment is hereby entered **IN FAVOR OF** Defendant Allstate Fire and Casualty Insurance Company and **AGAINST** Plaintiff Kelly A. Rau.

3. The Clerk of Court is directed to **CLOSE** the above-captioned action.

Robert D. Mariani
United States District Judge